UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steve Nuest, et al. | Civil No. 21-cv-1572 (NEB/LIB) |
| Plaintiffs, | |
| v. | **ORDER** |
| Thomas J. Vilsack, in His Official Capacity as Secretary of Agriculture; Zach Ducheneaux, in His Official Capacity as Administrator of The Farm Service Agency, | |
| Defendants. | |

On August 23, 2021, the parties filed a Stipulation for Stay of Litigation [Docket No. 17]. Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation for Stay of Litigation [Docket No. 17] is **GRANTED**;

2. This matter is STAYED for so long as Plaintiffs remain members of certified classes in *Miller v. Vilsack*, 4:21-cv-595 (N.D. Tex.); and

3. The parties shall submit a joint status report, on CM/ECF, within 90 days of the date of this Order, and said joint status report shall address whether the parties believe the stay in this matter should remain in effect or should be lifted as to some or all of the claims.

DATED: August 24, 2021                         s/Leo I. Brisbois
                                                Hon. Leo I. Brisbois
                                                U.S. MAGISTRATE JUDGE